ASSURED GUARANTY (UK) LTD., in the Right of Itself and of ORKNEY RE II PLC, Respondent, v J.P. MORGAN INVESTMENT MANAGEMENT INC., Appellant.

Submitted July 25, 2011; decided September 8, 2011

Motion by Cornell Securities Law Clinic for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

MANINDER BHUGRA, Appellant, v MASSACHUSETTS CASUALTY INSURANCE COMPANY et al., Defendants, and DISABILITY MANAGEMENT SERVICES, Respondent.

Submitted June 13, 2011; decided September 8, 2011

Motion for reconsideration of this Court's May 3, 2011 dismissal order denied [see 16 NY3d 870 (2011)].

BARBARA COLEMAN, by Her Attorney-in-Fact, MAZILEE COLEMAN, on Behalf of Herself and All Others Similarly Situated, Respondent, v RICHARD F. DAINES, M.D., Individually and as Commissioner of the New York State Department of Health, et al., Appellant.

Submitted August 8, 2011; decided September 8, 2011

Motion by Empire Justice Center et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.